**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

LARISSA STELA ROCHA,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 1:26-cv-06962 JLT EPG

A-No. 246-934-759

ORDER GRANTING JOINT MOTION FOR RECONSIDERATION AND WITHDRAWING THIS COURT'S ORDER DATED NOVEMBER 3, 2026

(Doc. 14)

ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING THE ACTION REMAIN CLOSED

Larissa Stela Rocha proceeded with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging her detention without a pre-deprivation notice or hearing as a violation of her procedural due process rights under the Fifth Amendment. (*See* Docs. 1, 14.) On November 3, 2026, the Court granted the petition in part, ordered Respondents to provide a bond hearing, and entered judgment. (Docs. 12, 13.) The parties now jointly request relief from the Court's order pursuant to Rule 60(b)(5) of the Federal Rules of Civil Procedure. (Doc. 14.)

Pursuant to the Federal Rules, "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding." Fed. R. Civ. P. 60(b). Such relief may be granted for several reasons, including where "the judgement has been satisfied, released, or discharged; . . . or applying it prospectively is no longer equitable." Fed. R.

Civ. P. 60(b)(5). The parties report that on October 22, 2026, Petitioner received a bond hearing at which an immigration judge granted release under bond of $6,000. (Doc. 14 at 2, 4-5.) Petitioner was then released from detention on October 26, 2026. (*Id.* at 2, 7.) Because Petitioner received a bond hearing *prior to* the Court addressing the petition and ordering a bond hearing, the Court finds the judgment was satisfied. The parties show that relief is appropriate under Rule 60(b)(5), and the order dated November 3, 2026, shall be withdrawn.

Furthermore, the Court finds that because Petitioner received relief requested in the petition (Doc. 1 at 16), it has been rendered moot. Accordingly, the Court **ORDERS:**

1. The parties' joint motion for reconsideration (Doc. 14) is **GRANTED.**
2. This Court's order dated November 3, 2026 (Doc. 12) is **WITHDRAWN**.
3. The petition is **DISMISSED** as moot.
4. The action shall remain closed.

IT IS SO ORDERED.

Dated: November 17, 2026

UNITED STATES DISTRICT JUDGE